# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known:_____

Trial Court Style:__State vs Mario Jesus Ramirez_____

Trial Court No.:__2011CR10323_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/18/2015 1:24:47 PM
KEITH E. HOTTLE
Clerk

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal.  The approximate date of trial was:__April 2015_____

The record was originally due:__June 12, 2015_____

I anticipate the length of the record to be:__1,000 pages_____

I am unable to file the record by the date such record is due because [check one]:

☐	the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐	my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☑	Other.  Explain [attach additional pages if needed]:__I am working on another appeal._____

__Please allow me an extension. Thank you._____

I anticipate the record will be completed by: __July 20, 2015_____

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date:__6-18-15_____	Signature:__*Amy Hinds Alvarado*_____

Printed
Name:__Amy Hinds Alvarado_____

Title:__Official Court Reporter 379th District Court_____

## Acknowledgment
(To be completed by notary or court clerk)

State of Texas	§
County of __Bexar_____	§

Before me, the undersigned authority, on this day personally appeared __Amy Hinds Alvarado_____, known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me  that he/she excuted the same for the reasons expressed therein.

Date: 1-7-2014       Signature:_____

Seal:                           Printed

                              Name: _____